|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Densie Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Lease Trust | **Order Filed on November 5, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No:    <u>17-25081 VFP</u><br><br>Chapter: <u>13</u> |
| In Re:<br>    Carmelo Scalia,<br>    Stella Ann Scalia<br>            DEBTOR<br><br>    Anthony V. Scalia<br>            CO-DEBTOR | Hearing Date: <u>November 1, 2018 at 11:00 A.M.</u><br><br>Judge:  Vincent F. Papalia |

| |
|---|
| Recommended Local Form        ☐    Followed    ☐    Modified |

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 5, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2015 TOYOTA SIENNA, VIN: 5TDJK3DC6FS115227,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Carmelo Scalia  
Stella Ann Scalia  
    Debtors

Case No. 17-25081-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 05, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
db/jdb     +Carmelo Scalia,    Stella Ann Scalia,    77 Humphrey Avenue,    Bayonne, NJ 07002-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:

    Aleisha Candace Jennings   on behalf of Creditor   U.S. Bank National Association ajennings@rasflaw.com  
    Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    James R. Ottobre   on behalf of Creditor   THE PROVIDENT BANK jottobre@bournenoll.com  
    Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin M. Buttery   on behalf of Creditor   U.S. Bank National Association kevinbuttery@gmail.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Miriam Rosenblatt   on behalf of Creditor   U.S. Bank National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
    Ronald I. LeVine   on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
    Ronald I. LeVine   on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
    Sindi Mncina   on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        TOTAL: 11