Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−25081−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carmelo Scalia                                Stella Ann Scalia
  77 Humphrey Avenue                77 Humphrey Avenue
  Bayonne, NJ 07002                  Bayonne, NJ 07002

Social Security No.:
  xxx−xx−4764                                    xxx−xx−4697

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       9/3/20
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney

COMMISSION OR FEES
$3032.50

EXPENSES
$115.90

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: by $1000.00

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 7, 2020
JAN:

                                                                                                                                             Jeanne Naughton
                                                                                                                                             Clerk

Case 17-25081-VFP    Doc 41    Filed 08/09/20    Entered 08/10/20 00:29:45    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25081-VFP
Carmelo Scalia                                                            Chapter 13
Stella Ann Scalia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Aug 07, 2020
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
```
db/jdb         +Carmelo Scalia,    Stella Ann Scalia,    77 Humphrey Avenue,    Bayonne, NJ 07002-2336
cr              American Express National Bank,    Becket & Lee, LLP,    PO Box 3001,    Malvern, PA  19355-0701
cr             +THE PROVIDENT BANK,    THE PROVIDENT BANK,    PO BOX 1001,    ISELIN, NJ 08830-1001
cr             +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
516963784      +AT&T Mobility,    Attn: Franklin Collection Services,    2978 W Jackson Street,
                 Tupelo, MS 38801-6731
517863658       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516963783      +Anthony V. Scalia,    77 Humphrey Ave,    Bayonne, NJ 07002-2336
517220613       CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA  70004-0625
516963786      +Chase Bank,    Attn: Creditone, LLC,    POB 605,    Metairie, LA 70004-0605
516963787      +Comenity Bank/ VictoriasSecret,    Attn: Jefferson Capital Systems, LLC,    16 McLeland Road,
                 Saint Cloud, MN 56303-2198
516963788      +Dynamic Recovery Solutions,    POB 25759,    Greenville, SC 29616-0759
516963789      +GE Money Bank,    Attn: Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541-0914
516963790       GE Money Bank/ Lord & Taylor,    Attn: Total Card, Inc.,    POB89725,    Sioux Falls, SD 57109
516963792      +Ocwen Loan Servicing, LLC,    POB 660264,    Dallas, TX 75266-0264
516963793      +State of New Jersey,    Division of Taxation,    POB 643,    Trenton, NJ 08646-0643
516963796     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,     5005 N River Blvd,
                 Cedar Rapids, IA 52411)
516963794      +The Provident Bank,    Attn: Bourne Noll & Kenyon, P.C.,    382 Springfield Avenue,
                 Summit, NJ 07901-2707
517126652      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517966537       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517216041       U.S. Bank National Association,    Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,
                 PO BOX 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:13:01
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517230595      +E-mail/Text: g20956@att.com Aug 08 2020 01:19:55      AT&T Mobility II LLC,
                 c/o AT&T Services, Inc,    Karen A. Cavagnaro,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
517231668       E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 08 2020 01:14:02
                 Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516963785       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2020 01:14:16      Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
517167785      +E-mail/Text: bankruptcy@cavps.com Aug 08 2020 01:19:39      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516963791       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 08 2020 01:18:41      Internal Revenue Service,
                 955 South Springfield Avenue,    Springfield, NJ 07081
517222180       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2020 01:12:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516965524      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:13:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516963795      +E-mail/Text: bknotices@totalcardinc.com Aug 08 2020 01:19:21      Total Card, Inc.,
                 5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Toyota Motor Credit Corp.,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
516963797*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,     5005 N River Blvd,
                 Cedar Rapids, IA 52411)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 07, 2020
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James R. Ottobre    on behalf of Creditor    THE PROVIDENT BANK jottobre@bournenoll.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association kevinbuttery@gmail.com
          Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ronald I. LeVine    on behalf of Debtor Carmelo  Scalia ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Joint Debtor Stella Ann  Scalia ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association sdeluca@rasflaw.com
          Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```