Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 17−25081−VFP
                                                Chapter: 13
                                                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmelo Scalia                                       Stella Ann Scalia
   77 Humphrey Avenue                        77 Humphrey Avenue
   Bayonne, NJ 07002                           Bayonne, NJ 07002

Social Security No.:
   xxx−xx−4764                                           xxx−xx−4697

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on February 20, 2018.

   On 9/4/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  October 1, 2020
Time:                08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 9, 2020
JAN: smz

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-25081-VFP
Carmelo Scalia                                                      Chapter 13
Stella Ann Scalia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 09, 2020
                              Form ID: 185             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db/jdb         +Carmelo Scalia,    Stella Ann Scalia,    77 Humphrey Avenue,    Bayonne, NJ 07002-2336
cr              American Express National Bank,    Becket & Lee, LLP,    PO Box 3001,    Malvern, PA 19355-0701
cr             +THE PROVIDENT BANK,    THE PROVIDENT BANK,    PO BOX 1001,    ISELIN, NJ 08830-1001
cr             +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516963784      +AT&T Mobility,    Attn: Franklin Collection Services,    2978 W Jackson Street,
                 Tupelo, MS 38801-6731
517863658       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516963783      +Anthony V. Scalia,    77 Humphrey Ave,    Bayonne, NJ 07002-2336
517220613       CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA 70004-0625
516963786      +Chase Bank,    Attn: Creditone, LLC,    POB 605,    Metairie, LA 70004-0605
516963787      +Comenity Bank/ VictoriasSecret,    Attn: Jefferson Capital Systems, LLC,    16 McLeland Road,
                 Saint Cloud, MN 56303-2198
516963788      +Dynamic Recovery Solutions,    POB 25759,    Greenville, SC 29616-0759
516963789      +GE Money Bank,    Attn: Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541-0914
516963790       GE Money Bank/ Lord & Taylor,    Attn: Total Card, Inc.,    POB89725,    Sioux Falls, SD 57109
516963792      +Ocwen Loan Servicing, LLC,    1 Mortgage Way,    Mailstop LCC,    Mt. Laurel, NJ 08054-4637
516963793      +State of New Jersey,    Division of Taxation,    POB 643,    Trenton, NJ 08646-0643
516963796     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    5005 N River Blvd,
                 Cedar Rapids, IA 52411)
516963794      +The Provident Bank,    Attn: Bourne Noll & Kenyon, P.C.,    382 Springfield Avenue,
                 Summit, NJ 07901-2707
517126652      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517966537       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517216041       U.S. Bank National Association,    Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,
                 PO BOX 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2020 00:05:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2020 00:05:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 00:11:19
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517230595      +E-mail/Text: g20956@att.com Sep 10 2020 00:05:41     AT&T Mobility II LLC,
                 c/o AT&T Services, Inc,    Karen A. Cavagnaro,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
517231668       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 10 2020 00:10:48
                 Advanta Bank Corporation,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516963785       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 00:10:53      Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
517167785      +E-mail/Text: bankruptcy@cavps.com Sep 10 2020 00:05:29      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516963791       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 10 2020 00:04:36      Internal Revenue Service,
                 955 South Springfield Avenue,    Springfield, NJ 07081
517222180       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2020 00:11:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516965524      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 00:10:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516963795      +E-mail/Text: bknotices@totalcardinc.com Sep 10 2020 00:05:15      Total Card, Inc.,
                 5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Toyota Motor Credit Corp.,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
516963797*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    5005 N River Blvd,
                 Cedar Rapids, IA 52411)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2              User: admin                Page 2 of 2                  Date Rcvd: Sep 09, 2020
                                  Form ID: 185               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James R. Ottobre    on behalf of Creditor    THE PROVIDENT BANK jottobre@bournenoll.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association kevinbuttery@gmail.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Ronald I. LeVine    on behalf of Debtor Carmelo  Scalia ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Joint Debtor Stella Ann  Scalia ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```