UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St. Ste. 11
Hackensack, NJ 07601
Attorney for Debtor

Order Filed on September 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carmelo Scalia and Stella Ann Scalia

Case No.: 17-25081 VFP

Chapter 13

Judge: Hon. Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: September 10, 2020**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor: Carmelo Scalia and Stella Ann Scalia
    Case No. 17-25081 VFP
    Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $3032.50 for services rendered and expenses in the amount of $115.90, for a total of $3148.40. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
-    outside the plan.

ORDERED that the Debtors' Plan payment is adjusted to $2610.00 beginning September 1, 2020 for the remaining 23 months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:  
Carmelo Scalia  
Stella Ann Scalia  
     Debtors

Case No. 17-25081-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 10, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.  
db/jdb      +Carmelo Scalia,    Stella Ann Scalia,    77 Humphrey Avenue,    Bayonne, NJ 07002-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:

        Aleisha Candace Jennings   on behalf of Creditor   U.S. Bank National Association ajennings@rasflaw.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James R. Ottobre   on behalf of Creditor   THE PROVIDENT BANK jottobre@bournenoll.com  
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin M. Buttery   on behalf of Creditor   U.S. Bank National Association kevinbuttery@gmail.com  
        Laura M. Egerman   on behalf of Creditor   U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Ronald I. LeVine   on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
        Ronald I. LeVine   on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
        Shauna M Deluca   on behalf of Creditor   U.S. Bank National Association sdeluca@rasflaw.com  
        Sindi Mncina   on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                            TOTAL: 12