# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>CARMENO SCALIA<br>STELLA ANN SCALIA | CASE NO: 17-25081<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>Judge: Vincent F. Papalia<br>Hearing Date: January 20, 2022<br>Hearing Time: 10:00 AM |

On 12/27/2021, I did cause a copy of the following documents, described below,

Court Filing Receipt for Motion Approving Post Petition Financing with the Small Business Administration;

Motion Approving Post Petition Financing with the Small Business Administration;

Debtors' Certification in Support of Motion Approving Post Petition Financing with the Small Business Administration; and

Proposed Form of Order for Motion Approving Post Petition Financing with the Small Business Administration.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/27/2021

/s/ Ronald I. LeVine
Ronald I. LeVine
Attorney for Debtors, Carmeno and Stella Ann Scalia
Ronald I. LeVine
210 Riverstreet, #11
Hackensack, NJ  07601
201 489 7900

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>CARMENO SCALIA<br>STELLA ANN SCALIA | CASE NO: 17-25081<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>Judge: Vincent F. Papalia<br>Hearing Date: January 20, 2022<br>Hearing Time: 10:00 AM |

On 12/27/2021, a copy of the following documents, described below,

Court Filing Receipt for Motion Approving Post Petition Financing with the Small Business Administration;

Motion Approving Post Petition Financing with the Small Business Administration;

Debtors' Certification in Support of Motion Approving Post Petition Financing with the Small Business Administration; and

Proposed Form of Order for Motion Approving Post Petition Financing with the Small Business Administration.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/27/2021

_/s/ Jay S. Jump_

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ronald I. LeVine
Ronald I. LeVine
210 Riverstreet, #11
Hackensack, NJ  07601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SMALL BUSINESS ADMINISTRATION
409 3RD STREET S.W.
WASHINGTON DC 20416

UNITED STATES ATTORNEY GENERAL
PETER RODINO FEDERAL BUILDING
ATTN: CIVIL PROCESS
970 BROAD STREET SUITE 700
NEWARK NJ 07102

US ATTORNEY GENERAL S OFFICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

CARMELO AND STELLA ANN SCALIA DEBTORS
77 HUMPHREY AVENUE
BAYONNE NJ 07002