| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Ronald I. LeVine<br>210 River Street, Suite 11<br>Hackensack NJ 07602<br>T: (201) 489-7900<br>F: (201) 489-1395 | Case No.: 17-25081VFP<br><br>Chapter: 13 |
| In Re:<br><br>CARMENO SCALIA<br>STELLA ANN SCALIA | Adv. No.: <br><br>Hearing Date: January 20, 2022<br><br>Judge: Hon. Papalia |

## CERTIFICATION OF SERVICE

1. I, **Julie Lettieri**:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for **Ronald I. LeVine**, who represents **the Debtors** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **December 27, 2021**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion Approving Post Petition Financing with the Small Business Administration, Debtors' Certification in Support of Motion, Proposed Form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 27, 2021

/s/Julie Lettieri
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Via ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Via ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |