| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Attorney for Debtors, Carmelo and<br>Stella Ann Scalia | Order Filed on January 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CARMENO SCALIA and<br>STELLA ANN SCALIA,<br><br>                    Debtors. | Case No.: 17-25081-VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia<br><br>Hearing Date: January 20, 2022<br>                        10:00am |

## ORDER APPROVING POST PETITION FINANCING WITH THE SMALL BUSINESS ADMINISTATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 21, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page 2**
**Debtors, Carmelo and Stella Ann Scalia**
**Case No.: 17-25081-VFP**
**Order Approving Post Petition Financing with the Small Business Administration**

---

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for the debtors herein, upon notice to Marie-Ann Greenberg, Chapter 13 Standing Trustee for entry of an Order approving new post-petition financing with the Small Business Administration and the Court having reviewed the Motion and there being no objection and for good and sufficient cause having been shown for entry of the within Order; it is hereby,

**ORDERED**, that the Motion approving post-petition financing by the Small Business Administration is hereby granted; and it is further,

**ORDERED**, that the debtors are permitted to acquire a Small Business Administration - COVID Disaster Loan on the terns set forth in the Motion; and it is further,

**ORDERED**, that Chapter 13 attorneys' fees and costs in the amount of $2,750.00 shall be disbursed to the Law Offices of Ronald I. LeVine through the debtors' plan, which fees and costs are hereby approved; and it is further,

**ORDERED**, that the 14-day period under Fed. R. Bankr. P. 6004(h) is hereby waived.