| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Attorney for Debtors, Carmelo and<br>Stella Ann Scalia | Order Filed on January 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CARMENO SCALIA and<br>STELLA ANN SCALIA,<br><br>            Debtors. | Case No.: 17-25081-VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia<br><br>Hearing Date: January 20, 2022<br>                         10:00am |

### ORDER APPROVING POST PETITION FINANCING WITH THE SMALL BUSINESS ADMINISTATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 21, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page 2**
**Debtors, Carmelo and Stella Ann Scalia**
**Case No.: 17-25081-VFP**
**Order Approving Post Petition Financing with the Small Business Administration**

---

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for the debtors herein, upon notice to Marie-Ann Greenberg, Chapter 13 Standing Trustee for entry of an Order approving new post-petition financing with the Small Business Administration and the Court having reviewed the Motion and there being no objection and for good and sufficient cause having been shown for entry of the within Order; it is hereby,

**ORDERED**, that the Motion approving post-petition financing by the Small Business Administration is hereby granted; and it is further,

**ORDERED**, that the debtors are permitted to acquire a Small Business Administration - COVID Disaster Loan on the terns set forth in the Motion; and it is further,

**ORDERED**, that Chapter 13 attorneys' fees and costs in the amount of $2,750.00 shall be disbursed to the Law Offices of Ronald I. LeVine through the debtors' plan, which fees and costs are hereby approved; and it is further,

**ORDERED**, that the 14-day period under Fed. R. Bankr. P. 6004(h) is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-25081-VFP
Carmelo Scalia  Chapter 13
Stella Ann Scalia
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carmelo Scalia, Stella Ann Scalia, 77 Humphrey Avenue, Bayonne, NJ 07002-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James R. Ottobre | on behalf of Creditor THE PROVIDENT BANK jottobre@bournenoll.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com |
| Laura M. Egerman | |

on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

magecf@magtrustee.com

Ronald I. LeVine

on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Ronald I. LeVine

on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Shauna M Deluca

on behalf of Creditor U.S. Bank National Association sdeluca@raslg.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12