UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, NJ 07601
201-489-7900

Ronald I. Levine, Esq.
Attorney for Debtors Carmelo and Stella Scalia

| | |
|---|---|
| In Re: | Case No.:   17-25081-VFP |
| CARMELO SCALIA and STELLA ANN SCALIA, | Judge:      Vincent F. Papalia |
| Debtors. | Chapter:    13 |

## CHAPTER 13 ATTORNEY'S CERTIFICATION IN OPPOSITION

The attorney in this case opposes the following (**choose one**):

1.  **X**   Motion for Relief from the Automatic Stay filed by **PHH Mortgage** , creditor,

      **X** A hearing has been scheduled for April 21, 2022, at 10:00AM.

      Motion to Dismiss filed by the _____.

      A hearing has been scheduled for _____.

      Certification of Default filed by _____,

      I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons (**choose one**):

      **X**   Payments have been made in the amount of $8,529.30 but have not been accounted

      for.   Payment was made by phone on March 24, 2022 with Conf. No. 102210534.

      ☐   Payments have not been made for the following reasons and debtor proposes

      repayment as follows (**explain your answer**):

☐  Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: March 25, 2022                              **/s/ Ronald I. LeVine**
                                                                    Attorney for Debtor

**NOTES:**
1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee_s Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*