Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25081−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carmelo Scalia                           Stella Ann Scalia
77 Humphrey Avenue                       77 Humphrey Avenue
Bayonne, NJ 07002                        Bayonne, NJ 07002

Social Security No.:
xxx−xx−4764                              xxx−xx−4697

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       6/16/22
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney,
period: 8/7/2020 to 5/19/2022

COMMISSION OR FEES
$1822.50,

EXPENSES
$55.00.

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 24, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Carmelo Scalia  
Stella Ann Scalia  
    Debtors

Case No. 17-25081-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: 137 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carmelo Scalia, Stella Ann Scalia, 77 Humphrey Avenue, Bayonne, NJ 07002-2336 |
| cr | + | THE PROVIDENT BANK, THE PROVIDENT BANK, PO BOX 1001, ISELIN, NJ 08830-1001 |
| 516963784 | + | AT&T Mobility, Attn: Franklin Collection Services, 2978 W Jackson Street, Tupelo, MS 38801-6731 |
| 516963783 | + | Anthony V. Scalia, 77 Humphrey Ave, Bayonne, NJ 07002-2336 |
| 517220613 | | CREDITONE, LLC, P.O. BOX 625, METAIRIE, LA 70004-0625 |
| 516963786 | + | Chase Bank, Attn: Creditone, LLC, POB 605, Metairie, LA 70004-0605 |
| 516963787 | + | Comenity Bank/ VictoriasSecret, Attn: Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 516963788 | + | Dynamic Recovery Solutions, POB 25759, Greenville, SC 29616-0759 |
| 516963789 | + | GE Money Bank, Attn: Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541-0914 |
| 516963790 | | GE Money Bank/ Lord & Taylor, Attn: Total Card, Inc., POB89725, Sioux Falls, SD 57109 |
| 516963793 | + | State of New Jersey, Division of Taxation, POB 643, Trenton, NJ 08646-0643 |
| 516963794 | + | The Provident Bank, Attn: Bourne Noll & Kenyon, P.C., 382 Springfield Avenue, Summit, NJ 07901-2707 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2022 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2022 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | May 24 2022 21:00:45 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2022 21:00:52 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | May 24 2022 20:52:00 | U.S. Bank National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 517230595 | + | Email/Text: g20956@att.com | May 24 2022 20:53:00 | AT&T Mobility II LLC, c/o AT&T Services, Inc, Karen A. Cavagnaro, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 517231668 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2022 21:00:45 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517863658 | | Email/PDF: bncnotices@becket-lee.com | May 24 2022 21:00:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516963785 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-25081-VFP  Doc 69  Filed 05/26/22  Entered 05/27/22 00:12:59  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: 137 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 24 2022 21:00:37 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 517167785 | + | Email/Text: bankruptcy@cavps.com | May 24 2022 20:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516963788 | ^ | MEBN | May 24 2022 20:48:49 | Dynamic Recovery Solutions, POB 25759, Greenville, SC 29616-0759 |
| 516963791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2022 20:52:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 517222180 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2022 21:00:39 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516963792 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 24 2022 20:52:00 | Ocwen Loan Servicing, LLC, 1 Mortgage Way, Mailstop LCC, Mt. Laurel, NJ 08054-4637 |
| 516965524 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2022 21:00:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516963796 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 24 2022 20:52:00 | Toyota Motor Credit Corporation, 5005 N River Blvd, Cedar Rapids, IA 52411 |
| 516963795 | + | Email/Text: bknotices@totalcardinc.com | May 24 2022 20:52:00 | Total Card, Inc., 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 517126652 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 24 2022 20:52:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517966537 | | Email/PDF: bncnotices@becket-lee.com | May 24 2022 21:00:53 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517216041 | | Email/Text: BKEBN-Notifications@ocwen.com | May 24 2022 20:52:00 | U.S. Bank National Association, Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, PO BOX 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Toyota Motor Credit Corp., c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 516963797 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 5005 N River Blvd, Cedar Rapids, IA 52411 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2022          Signature:     /s/Gustava Winters

Case 17-25081-VFP    Doc 69    Filed 05/26/22    Entered 05/27/22 00:12:59    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 24, 2022 | Form ID: 137 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James R. Ottobre | on behalf of Creditor THE PROVIDENT BANK jottobre@bournenoll.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ronald I. LeVine | on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank National Association sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12