UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St. Ste. 11
Hackensack, NJ 07601
Attorney for Debtor

Order Filed on June 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carmelo Scalia and Stella Ann Scalia

Case No.: 17-25081-VFP

Chapter 13

Judge: Hon. Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: June 21, 2022**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor: Carmelo Scalia and Stella Ann Scalia
  Case No. 17-25081-VFP
  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1822.50 for services rendered and expenses in the amount of $55.00, for a total of $1877.50. The allowance shall be payable:

- ■ outside the Plan.

The movant shall service this Order on the Trustee, Debtor and all parties of record.