UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River St. Ste. 11
Hackensack, NJ 07601
Attorney for Debtor

Order Filed on June 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carmelo Scalia and Stella Ann Scalia

Case No.: 17-25081-VFP

Chapter 13

Judge: Hon. Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

DATED: June 21, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor: Carmelo Scalia and Stella Ann Scalia
　　Case No. 17-25081-VFP
　　Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1822.50 for services rendered and expenses in the amount of $55.00, for a total of $1877.50. The allowance shall be payable:

■　　outside the Plan.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-25081-VFP
Carmelo Scalia     Chapter 13
Stella Ann Scalia
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jun 21, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carmelo Scalia, Stella Ann Scalia, 77 Humphrey Avenue, Bayonne, NJ 07002-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James R. Ottobre | on behalf of Creditor THE PROVIDENT BANK jottobre@bournenoll.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
 magecf@magtrustee.com

Ronald I. LeVine
 on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Ronald I. LeVine
 on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Shauna M Deluca
 on behalf of Creditor U.S. Bank National Association sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
 on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12