UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ronald I. LeVine
210 River Street, Suite 11
Hackensack NJ 07631 Attorney for the Debtor,s
Carmelo and Stella Ann Scalia

Case No.: 17-25081-VFP

Chapter: 13

In Re:

CARMELO SCALIA and
STELLA ANN SCALIA,

Adv. No.: _____

Hearing Date: October 20, 2022

Judge: Hon. Papalia

## CERTIFICATION OF SERVICE

1. I, __Julie Lettieri__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Ronald I. LeVine__, who represents __the debtors__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __September 21, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Avoid Judicial Liens, Certification, Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 23, 2022

/s/Julie Lettieri
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| The Provident Bank<br>100 Wood Avenue South<br>P.O. Box 1001<br>Iselin, NJ 08830 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Provident Bank<br>239 Washington Avenue<br>Jersey City NJ 07302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| James R. Ottobre, Esq.<br>Bourne Nol & Kenyan, PC<br>Attorney for The Provident Bank/Provident Bank<br>382 Springfield Avenue, Suite 507<br>Summit, NJ 07901 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mr. and Mrs. Carmelo Scalia<br>77 Humphrey Avenue<br>Bayonne, NJ 07002 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other via ecf on 9/17<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Vie ecf on 9/17<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*