UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. Le Vine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors, Carmelo and
Stella Ann Scalia

Order Filed on October 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARMELO SCALIA and STELLA ANN SCALIA,

| | |
|---|---|
| Case Number: | 17-25081-VFP |
| Hearing Date: | 10/20/2022 |
| Judge: | Hon. Papalia |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

DATED: October 21, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____77 Humphrey Ave, Bayonne, NJ 07002_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.    Provident Bank, J-038845-2017, HUD-L 003356 16

2.    _____

3.    _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-25081-VFP
Carmelo Scalia  Chapter 13
Stella Ann Scalia
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Oct 21, 2022    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Carmelo Scalia, Stella Ann Scalia, 77 Humphrey Avenue, Bayonne, NJ 07002-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James R. Ottobre | on behalf of Creditor THE PROVIDENT BANK jottobre@bournenoll.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com |
| Laura M. Egerman | |

on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg

magecf@magtrustee.com

Ronald I. LeVine

on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com

Ronald I. LeVine

on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com

Shauna M Deluca

on behalf of Creditor U.S. Bank National Association sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12