UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. Le Vine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors, Carmelo and
Stella Ann Scalia

Order Filed on October 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARMELO SCALIA and STELLA ANN SCALIA,

| | |
|---|---|
| Case Number: | 17-25081-VFP |
| Hearing Date: | 10/20/2022 |
| Judge: | Hon. Papalia |
| Chapter: | 13 |

Recommended Local Form:  ☑ Followed    ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

DATED: October 26, 2022

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____165 Mallory Ave, Jersey City NJ 07304_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.  Provident Bank, J-038845-2017, HUD-L 003356 16

2.  _____

3.  _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*