Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25081−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carmelo Scalia
77 Humphrey Avenue
Bayonne, NJ 07002

Stella Ann Scalia
77 Humphrey Avenue
Bayonne, NJ 07002

Social Security No.:
xxx−xx−4764

xxx−xx−4697

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after November 28, 2022 for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 28, 2022
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-25081-VFP |
| Carmelo Scalia | Chapter 13 |
| Stella Ann Scalia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2022 | Form ID: clsnodsc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carmelo Scalia, Stella Ann Scalia, 77 Humphrey Avenue, Bayonne, NJ 07002-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2022 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2022 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 28, 2022 | Form ID: clsnodsc | Total Noticed: 3

|   |   |
|---|---|
| | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James R. Ottobre | |
| | on behalf of Creditor THE PROVIDENT BANK jottobre@bournenoll.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin M. Buttery | |
| | on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com |
| Laura M. Egerman | |
| | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Ronald I. LeVine | |
| | on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |
| Ronald I. LeVine | |
| | on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |
| Shauna M Deluca | |
| | on behalf of Creditor U.S. Bank National Association sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. Bank National Association smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12