UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ronald I. LeVine
210 River Street, Suite 11
Hackensack NJ 07631 Attorney for the Debtor,s
Carmelo and Stella Ann Scalia

| | |
|---|---|
| | Case No.: ___17-25081-VFP___ |
| | Chapter: ___13___ |
| In Re: | Adv. No.: _____ |
| CARMELO SCALIA and STELLA ANN SCALIA, | Hearing Date: ___January 11, 2023___ |
| | Judge: ___Hon. Papalia___ |

## CERTIFICATION OF SERVICE

1.  I, _____Julie Lettieri_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Ronald I. LeVine_____, who represents
    _____the debtors_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.      On _____November 27, 2022_____, I sent a copy of the following pleadings and/or documents
        to the parties listed in the chart below.
        Motion to Cancel and Discharge Mortgage, Certification, Order

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
        indicated.

Date: ___November 28, 2022___                    /s/Julie Lettieri _____
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Via ecf on 11/27/22<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Via ecf on 11/27/22<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |