| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: Carmelo Scalia and Stella Ann Scalia | Case No.: 17-25081-VFP<br>Chapter: 13<br>Judge: Hon. Vincent F. Papalia |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Carmelo Scalia__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __8-25-22__       _[signature]_
                         Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18