*The Law Office of*

# Ronald I. LeVine

---

| | |
|---|---|
| RONALD I. LeVINE | 210 River Street, Suite 11 |
| EILEEN L. LINARDUCCI | Hackensack, New Jersey 07601 |
| VIRGINIA E. FORTUNATO* | Telephone (201) 489-7900 |
| *Of Counsel* | Facsimile (201) 489-1395 |
| | email: ron@ronlevinelaw.com |

November 28, 2022

The Provident Bank
Attn: Anthony Labozzetta/Current CEO
100 Wood Avenue South
P.O. Box 1001
Iselin, NJ 08830

The Provident Bank
Attn: Anthony Labozzetta/Current CEO
239 Washington Avenue
Jersey City NJ 07302

The Provident Bank
Attn: James R. Ottobre, Esq. Bourne Nol
382 Springfield Avenue, Suite 507
Summit, NJ 07901

Carmelo and Stella Ann Scalia
77 Humphrey Avenue
Bayonne, NJ 07002

    Re:    Carmelo Scalia and Stella Ann Scalia, Debtor
            Chapter 13 Case No. 17-25081-VFP
            **MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK**

Good Afternoon:

    Please be advised that the above Motion hearing date has been rescheduled from January 11, 2023, to **January 19, 2023 at 10:00 AM, Courtroom of Honorable Vincent F. Papalia - Courtroom 3B, 50 Walnut Street, Newark, New Jersey.**

                                                                                         Very truly yours,
                                                                                        */s/Julie Lettieri*
                                                                                        Julie Lettieri
                                                                                        Bankruptcy Paralegal

    cc:    Marie-Ann Greenberg (via ecf)
            US Trustee (via ecf)