# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Carmelo SCALIA<br>STELLA ANN SCALIA | CASE NO: 17-25081-SLM<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Stacey L. Meisel<br>Hearing Location: 3A<br>Hearing Date: January 11, 2023<br>Hearing Time: 10:00 AM |

On 11/28/2022, I did cause a copy of the following documents, described below,

RECEIPT FOR FILING NOTICE OF MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

NOTICE OF MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

ATTORNEY CERTIFICATION IN SUPPORT OF MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

PROPOSED ORDER FOR MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/28/2022

/s/ Ronald I. LeVine
Ronald I. LeVine
Attorney for Debtor
Ronald I. LeVine
210 Riverstreet, #11
Hackensack, NJ  07601
201 489 7900

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: <br><br> Carmelo SCALIA <br> STELLA ANN SCALIA | CASE NO: 17-25081-SLM <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 13 <br> Judge: Stacey L. Meisel <br> Hearing Location: 3A <br> Hearing Date: January 11, 2023 <br> Hearing Time: 10:00 AM |

On 11/28/2022, a copy of the following documents, described below,

RECEIPT FOR FILING NOTICE OF MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

NOTICE OF MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

ATTORNEY CERTIFICATION IN SUPPORT OF MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

PROPOSED ORDER FOR MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/28/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ronald I. LeVine
Ronald I. LeVine
210 Riverstreet, #11
Hackensack, NJ  07601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL ON 11/29/2022 AT ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED 7022 2410 0002 6216 3428
THE PROVIDENT BANK
ATTN: ANTHONY LABOZZETTA/CURRENT CEO
100 WOOD AVENUE SOUTH
P.O. BOX 1001
ISELIN, NJ 08830

CERTIFIED 7022 2410 0002 6216 3442
THE PROVIDENT BANK
ATTN: ANTHONY LABOZZETTA/CURRENT CEO
239 WASHINGTON AVENUE
JERSEY CITY NJ 07302

CERTIFIED 7022 2410 0002 6216 3435
THE PROVIDENT BANK
ATTN: JAMES R. OTTOBRE, ESQ. BOURNE NC
382 SPRINGFIELD AVENUE, SUITE 507
SUMMIT, NJ 07901

CARMELO AND STELLA ANN SCALIA
77 HUMPHREY AVENUE
BAYONNE, NJ 07002