# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Carmelo Scalia and Stella Ann Scalia | CASE NO: 17-25081-VFP<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/29/2022, I did cause a copy of the following documents, described below,

Court Letter

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/29/2022

/s/ Ronald I. LeVine
Ronald I. LeVine

210 River Street, Suite 11
Hackensack, NJ  07601
201 489 7900
julie.ronlevinelaw@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Carmelo Scalia and Stella Ann Scalia | CASE NO: 17-25081-VFP<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 11/29/2022, a copy of the following documents, described below,

Court Letter

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/29/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ronald I. LeVine

210 River Street, Suite 11
Hackensack, NJ  07601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE EXHIBIT C FOR ADDRESSES).
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| THE PROVIDENT BANK<br>ATTN: ANTHONY LABOZZETTA/CURRENT CEO<br>100 WOOD AVENUE SOUTH<br>P.O. BOX 1001<br>ISELIN, NJ 08830 | THE PROVIDENT BANK<br>ATTN: ANTHONY LABOZZETTA/CURRENT CEO<br>239 WASHINGTON AVENUE<br>JERSEY CITY NJ 07302 | THE PROVIDENT BANK<br>ATTN: JAMES R. OTTOBRE, ESQ. BOURNE NC<br>382 SPRINGFIELD AVENUE, SUITE 507<br>SUMMIT, NJ 07901 |

CARMELO AND STELLA ANN SCALIA
77 HUMPHREY AVENUE
BAYONNE, NJ 07002