| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Attorney for Debtors, Carmelo Scalia<br>and Stella Ann Scalia | Order Filed on January 30, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CARMELO SCALIA and<br>STELLA ANN SCALIA,<br><br>　　　　　　Debtors. | Case No.: 17-25081-VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia<br><br>Hearing Date: January 11, 2023 |

### ORDER ON MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK

The relief set forth on the following page numbered two (2) through eight (8) is hereby **ORDERED**

**DATED: January 30, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge**

| | |
|---|---|
| Page: | 2 |
| Debtor: | **Carmelo and Stella Ann Scalia** |
| Case No.: | **17-25081-VFP** |
| Caption: | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

The debtors having filed a Motion to Cancel and Discharge Mortgages, Liens, Security Agreements and UCC Filings Held by The Provident Bank, and the Court having considered any objections filed, it is hereby,

**ORDERED,** that the Debtors' motion is granted, and the Mortgages, Liens, Security Agreements, and UCC Filings below are hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:

Location (Street Address): 77 Humphrey Avenue, Bayonne, NJ 07002

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: The Provident Bank
b. Date of Mortgage/Lien: March 27, 2011
c. Date or Recordation: May 12, 2011
d. Place of Recordation: Hudson County
   i. Mortgage Book: 17702
   ii. Page: 906
e. Original Principal Balance of Mortgage/Lien: $500,000.00

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: The Provident Bank
b. Date of Mortgage/Lien: December 17, 2003
c. Date or Recordation: March 1, 2004
d. Place of Recordation: Hudson County
   i. Document Type: Mortgage
   ii. Mortgage Book: 11127

| | |
|---|---|
| Page: | 3 |
| Debtor: | **Carmelo and Stella Ann Scalia** |
| Case No.: | **17-25081-VFP** |
| Caption: | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

      iii.    Page: 108

  e.  Original Principal Balance of Mortgage/Lien: $200,000.00

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

  a.  Original Mortgagee/Lienholder: The Provident Bank

  b.  Date of Mortgage/Lien: December 17, 2003

  c.  Date or Recordation: March 1, 2004

  d.  Place of Recordation: Hudson County

      i.    Document Type: Commercial Assignment of Leases and Rents

      ii.   Mortgage Book: 11127

      iii.  Page: 118

  e.  Original Principal Balance of Mortgage/Lien: N/A

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

  a.  Original Mortgagee/Lienholder: The Provident Bank

  b.  Date of Mortgage/Lien: December 2, 2005

  c.  Date or Recordation: December 28, 2005

  d.  Place of Recordation: Hudson County

      i.    Document Type: Construction Mortgage Security Agreement and Fixture Filing

      ii.   Mortgage Book: 138919

      iii.  Page: 310

  e.  Original Principal Balance of Mortgage/Lien: $500,000.00

| | |
|---|---|
| Page: | 4 |
| Debtor: | **Carmelo and Stella Ann Scalia** |
| Case No.: | **17-25081-SLM** |
| Caption: | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank

    b. Date of Mortgage/Lien: December 2, 2005

    c. Date or Recordation: December 28, 2005

    d. Place of Recordation: Hudson County

        i. Document Type: Assignment of Leases Rentals and Profits

        ii. Mortgage Book: 13819

        iii. Page: 329

    e. Original Principal Balance of Mortgage/Lien: N/A

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank

    b. Date of Mortgage/Lien: February 7, 2007

    c. Date or Recordation: February 20, 2007

    d. Place of Recordation: Hudson County

        i. Document Type: Commercial Assignment of Leases and Rents

        ii. Mortgage Book: 15527

        iii. Page: 334

    e. Original Principal Balance of Mortgage/Lien: N/A

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

| | |
|---|---|
| Page: | 5 |
| Debtor: | **Carmelo and Stella Ann Scalia** |
| Case No.: | **17-25081-SLM** |
| Caption: | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: The Provident Bank

b. Date of Mortgage/Lien: February 1, 2011

c. Date or Recordation: February 12, 2011

d. Place of Recordation: Hudson County

   i. Document Type: Mortgage and Note Modification Agreement

   ii. Mortgage Book: Releases 661

   iii. Page: 105

e. Original Principal Balance of Mortgage/Lien: N/A

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: The Provident Bank

b. Date of Mortgage/Lien: April 27, 2011

c. Date or Recordation: May12, 2011

d. Place of Recordation: Hudson County

   i. Document Type: Mortgage and Security Agreement

   ii. Mortgage Book: 17702

   iii. Page: 915

e. Original Principal Balance of Mortgage/Lien: 110,000.00

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Page:       6
Debtor:     **Carmelo and Stella Ann Scalia**
Case No.:   **17-25081-SLM**
Caption:    **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank**

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b. Date of Mortgage/Lien: <u>February 7, 2007</u>

    c. Date or Recordation: <u>May 12, 2011</u>

    d. Place of Recordation: <u>Hudson County</u>

        i. Document Type: <u>Commercial Assignment of Leases and Rents</u>

        ii. Mortgage Book: <u>17702</u>

        iii. Page: <u>924</u>

    e. Original Principal Balance of Mortgage/Lien: <u>N/A</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b. Date of Mortgage/Lien: <u>N/A</u>

    c. Date or Recordation: <u>September 23, 2016</u>

    d. Place of Recordation: <u>Hudson County</u>

        i. Document Type: <u>Lis Pendens</u>

        ii. Mortgage Book: <u>Lis Pendens 484</u>

        iii. Page: <u>258</u>

    e. Original Principal Balance of Mortgage/Lien: <u>N/A</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Page:     7
Debtor:   **Carmelo and Stella Ann Scalia**
Case No.: **17-25081-SLM**
Caption:  **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank**

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b.  Date of Mortgage/Lien: <u>N/A</u>

    c.  Date or Recordation: <u>December 28, 2005</u>

    d.  Place of Recordation: <u>Hudson County</u>

        i.  Document Type: <u>UCC-1 - 2996</u>

        ii.  Mortgage Book: <u>N/A</u>

        iii.  Page: <u>N/A</u>

    e.  Original Principal Balance of Mortgage/Lien: <u>N/A</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b.  Date of Mortgage/Lien: <u>N/A</u>

    c.  Date or Recordation: <u>December 28, 2010</u>

    d.  Place of Recordation: <u>Hudson County</u>

        i.  Document Type: <u>UCC-3 Continuation 20101228110024020</u>

        ii.  Mortgage Book: <u>N/A</u>

        iii.  Page: <u>N/A</u>

Original Principal Balance of Mortgage/Lien: <u>N/A</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b.  Date of Mortgage/Lien: <u>N/A</u>

    c.  Date or Recordation: <u>October 9, 2015</u>

| | |
|---|---|
| **Page:** | **8** |
| **Debtor:** | **Carmelo and Stella Ann Scalia** |
| **Case No.:** | **17-25081-SLM** |
| **Caption:** | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

    d.  Place of Recordation: Hudson County

        i.  Document Type: UCC-3 Continuation_20151009110020350

        ii.  Mortgage Book: N/A

        iii.  Page: N/A

Original Principal Balance of Mortgage/Lien: N/A

And it is FURTHER ORDERED that The Provident Bank shall vacate the foreclosure judgment in its foreclosure action, docket no. F-23153-16, dismiss the foreclosure case and discharge its lis pendens filed in Book 484 Page 258 of Hudson County.

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**