| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River Street, Suite 11<br>Hackensack, New Jersey 07601<br>Attorney for Debtors, Carmelo Scalia<br>and Stella Ann Scalia | Order Filed on January 30, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CARMELO SCALIA and<br>STELLA ANN SCALIA,<br><br>      Debtors. | Case No.: 17-25081-VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia<br><br>Hearing Date: January 11, 2023 |

**ORDER ON MOTION TO CANCEL AND DISCHARGE MORTGAGES, LIENS, SECURITY AGREEMENTS, ASSIGNMENT OF RENTS, AND UCC FILINGS HELD BY THE PROVIDENT BANK**

 The relief set forth on the following page numbered two (2) through eight (8) is hereby **ORDERED**

**DATED: January 30, 2023**

                   _____
                   **Honorable Vincent F. Papalia**
                   **United States Bankruptcy Judge**

| | |
|---|---|
| Page: | **2** |
| Debtor: | **Carmelo and Stella Ann Scalia** |
| Case No.: | **17-25081-VFP** |
| Caption: | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

The debtors having filed a Motion to Cancel and Discharge Mortgages, Liens, Security Agreements and UCC Filings Held by The Provident Bank, and the Court having considered any objections filed, it is hereby,

**ORDERED,** that the Debtors' motion is granted, and the Mortgages, Liens, Security Agreements, and UCC Filings below are hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:

Location (Street Address): 77 Humphrey Avenue, Bayonne, NJ 07002

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank

    b. Date of Mortgage/Lien: March 27, 2011

    c. Date or Recordation: May 12, 2011

    d. Place of Recordation: Hudson County

        i. Mortgage Book: 17702

        ii. Page: 906

    e. Original Principal Balance of Mortgage/Lien: $500,000.00

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank

    b. Date of Mortgage/Lien: December 17, 2003

    c. Date or Recordation: March 1, 2004

    d. Place of Recordation: Hudson County

        i. Document Type: Mortgage

        ii. Mortgage Book: 11127

Page:     3
Debtor:   **Carmelo and Stella Ann Scalia**
Case No.: **17-25081-VFP**
Caption:  **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank**

      iii.    Page: 108

  e.  Original Principal Balance of Mortgage/Lien: $200,000.00

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

  a.  Original Mortgagee/Lienholder: The Provident Bank

  b.  Date of Mortgage/Lien: December 17, 2003

  c.  Date or Recordation: March 1, 2004

  d.  Place of Recordation: Hudson County

      i.    Document Type: Commercial Assignment of Leases and Rents

      ii.   Mortgage Book: 11127

      iii.  Page: 118

  e.  Original Principal Balance of Mortgage/Lien: N/A

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

  a.  Original Mortgagee/Lienholder: The Provident Bank

  b.  Date of Mortgage/Lien: December 2, 2005

  c.  Date or Recordation: December 28, 2005

  d.  Place of Recordation: Hudson County

      i.    Document Type: Construction Mortgage Security Agreement and Fixture Filing

      ii.  Mortgage Book: 138919

      iii. Page: 310

  e.  Original Principal Balance of Mortgage/Lien: $500,000.00

| | |
|---|---|
| Page: | 4 |
| Debtor: | **Carmelo and Stella Ann Scalia** |
| Case No.: | **17-25081-SLM** |
| Caption: | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304_____

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank_____

    b. Date of Mortgage/Lien: December 2, 2005_____

    c. Date or Recordation: December 28, 2005_____

    d. Place of Recordation: Hudson County_____

        i. Document Type: Assignment of Leases Rentals and Profits_____

        ii. Mortgage Book: 13819_____

        iii. Page: 329_____

    e. Original Principal Balance of Mortgage/Lien: N/A_____

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304_____

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank_____

    b. Date of Mortgage/Lien: February 7, 2007_____

    c. Date or Recordation: February 20, 2007_____

    d. Place of Recordation: Hudson County_____

        i. Document Type: Commercial Assignment of Leases and Rents_____

        ii. Mortgage Book: 15527_____

        iii. Page: 334_____

    e. Original Principal Balance of Mortgage/Lien: N/A_____

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304_____

Page:     5
Debtor:   **Carmelo and Stella Ann Scalia**
Case No.: **17-25081-SLM**
Caption:  **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank**

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b. Date of Mortgage/Lien: <u>February 1, 2011</u>

    c. Date or Recordation: <u>February 12, 2011</u>

    d. Place of Recordation: <u>Hudson County</u>

        i. Document Type: <u>Mortgage and Note Modification Agreement</u>

        ii. Mortgage Book: <u>Releases 661</u>

        iii. Page: <u>105</u>

    e. Original Principal Balance of Mortgage/Lien: <u>N/A</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b. Date of Mortgage/Lien: <u>April 27, 2011</u>

    c. Date or Recordation: <u>May12, 2011</u>

    d. Place of Recordation: <u>Hudson County</u>

        i. Document Type: <u>Mortgage and Security Agreement</u>

        ii. Mortgage Book: <u>17702</u>

        iii. Page: <u>915</u>

    e. Original Principal Balance of Mortgage/Lien: <u>110,000.00</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Page:    6
Debtor:  **Carmelo and Stella Ann Scalia**
Case No.: **17-25081-SLM**
Caption: **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank**

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank

    b. Date of Mortgage/Lien: February 7, 2007

    c. Date or Recordation: May 12, 2011

    d. Place of Recordation: Hudson County

        i. Document Type: Commercial Assignment of Leases and Rents

        ii. Mortgage Book: 17702

        iii. Page: 924

    e. Original Principal Balance of Mortgage/Lien: N/A

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Provident Bank

    b. Date of Mortgage/Lien: N/A

    c. Date or Recordation: September 23, 2016

    d. Place of Recordation: Hudson County

        i. Document Type: Lis Pendens

        ii. Mortgage Book: Lis Pendens 484

        iii. Page: 258

    e. Original Principal Balance of Mortgage/Lien: N/A

Description of Real Property:

Location (Street Address): 165 Mallory Avenue, Jersey City, NJ 07304

Page: 7
Debtor: **Carmelo and Stella Ann Scalia**
Case No.: **17-25081-SLM**
Caption: **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank**

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b. Date of Mortgage/Lien: <u>N/A</u>

    c. Date or Recordation: <u>December 28, 2005</u>

    d. Place of Recordation: <u>Hudson County</u>

        i. Document Type: <u>UCC-1_ - 2996</u>

        ii. Mortgage Book: <u>N/A</u>

        iii. Page: <u>N/A</u>

    e. Original Principal Balance of Mortgage/Lien: <u>N/A</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b. Date of Mortgage/Lien: <u>N/A</u>

    c. Date or Recordation: <u>December 28, 2010</u>

    d. Place of Recordation: <u>Hudson County</u>

        i. Document Type: <u>UCC-3_Continuation 20101228110024020</u>

        ii. Mortgage Book: <u>N/A</u>

        iii. Page: <u>N/A</u>

Original Principal Balance of Mortgage/Lien: <u>N/A</u>

Description of Real Property:

Location (Street Address): <u>165 Mallory Avenue, Jersey City, NJ 07304</u>

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: <u>The Provident Bank</u>

    b. Date of Mortgage/Lien: <u>N/A</u>

    c. Date or Recordation: <u>October 9, 2015</u>

| | |
|---|---|
| Page: | 8 |
| Debtor: | **Carmelo and Stella Ann Scalia** |
| Case No.: | **17-25081-SLM** |
| Caption: | **Order on Motion to Cancel Discharge Mortgages, Liens, Security Agreements, Assignments of Rents, and UCC Filings Held by The Provident Bank** |

    d.  Place of Recordation: <u>Hudson County</u>

        i.  Document Type: <u>UCC-3 Continuation_20151009110020350</u>

        ii.  Mortgage Book: <u>N/A</u>

        iii.  Page: <u>N/A</u>

Original Principal Balance of Mortgage/Lien: <u>N/A</u>

And it is FURTHER ORDERED that The Provident Bank shall vacate the foreclosure judgment in its foreclosure action, docket no. F-23153-16, dismiss the foreclosure case and discharge its lis pendens filed in Book 484 Page 258 of Hudson County.

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-25081-VFP |
| Carmelo Scalia | Chapter 13 |
| Stella Ann Scalia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Carmelo Scalia, Stella Ann Scalia, 77 Humphrey Avenue, Bayonne, NJ 07002-2336 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James R. Ottobre | on behalf of Creditor THE PROVIDENT BANK jottobre@bournenoll.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@moodklaw.com |
| Laura M. Egerman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg

magecf@magtrustee.com

Ronald I. LeVine

on behalf of Debtor Carmelo Scalia ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Ronald I. LeVine

on behalf of Joint Debtor Stella Ann Scalia ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Shauna M Deluca

on behalf of Creditor U.S. Bank National Association sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12